IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSE IBARRA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-cv-453 |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

MEMORANDUM OPINION AND ORDER REGARDING VENUE

Jose Ibarra, an inmate confined in the Leblanc Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

Discussion

Petitioner challenges a criminal conviction in the 372nd District Court of Tarrant County, Texas. As a result of the conviction, he was sentenced to 15 years of imprisonment.

Petitioner filed this Petition for Writ of Habeas Corpus in the district in which he is currently confined. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated. Section 2241(d) further provides that the district court in the exercise of its discretion may transfer the action to the other district in the furtherance of justice.

Petitioner was convicted in Tarrant County, Texas. Pursuant to 28 U.S.C. § 124(a)(2), Tarrant County is in the Fort Worth Division of the Northern District of Texas. As all records and witnesses involving this action may be located in the Northern District, the transfer of this action to such district would further justice.

ORDER

For the reasons set forth above, it is **ORDERED** that this case is **TRANSFERRED** to the Fort Worth Division of the United States District Court for the Northern District of Texas.

**SIGNED this the 17th day of September, 2025.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE